# EXHIBIT "A-1"

9/5/2024 5:45 PM
Teneshia Hudspeth
County Clerk
Harris County

Harris County - County Civil Court at Law No. 2

1234448

CAUSE NO. ____________________

| | | |
|---|---|---|
| **BRAD ROGERS**<br>**Plaintiff** | § | **IN THE COUNTY COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **UNITED PARCEL SERVICE**<br>**Defendant** | § | |
| | § | **_____ COUNTY COURT** |

**PLAINITFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Brad Rogers, Plaintiff, complaining of the United Parcel Service and for cause will show the Court as follows:

## I. DISCOVERY CONTROL PLAN

1.

Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff gives notice that he intends to pursue a discovery control plan pursuant to Rule 190.3 (Level 2).

## II. PARTIES

2.

Made Plaintiff herein is:

a. **BRAD ROGERS**, a natural person of the full age of majority who is domiciled in the State of Texas.

3.

Made Defendant herein is:

a. **UNITED PARCEL SERVICE,** an incorporated city who may be served with process through its agent, Corporation Service Company, 211 E 7th St., Suite 620, Austin, TX 78701-3218.

## III. JURISDICTION AND VENUE

4.

This Court has jurisdiction as Defendant is a citizen of this State and the acts complained of occurred in the State of Texas.

5.

Venue is proper in this County as all or a substantial part of the events or omissions giving rise to the claim occurred in this County.

## IV. FACTS

6.

Defendant is indebted for Plaintiff's damages, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following:

7.

On January 29, 2024, Plaintiff Rogers was riding his bicycle on the sidewalk at N. Gessner Road directly in front of the United Parcel Service facility.

8.

Plaintiff Rogers rode over a patch of sidewalk that was missing concrete but also partially or wholly obscured from view at the time. This hazard caused Plaintiff Rogers to crash.

9.

As a result, Plaintiff Rogers was thrown from his bike and suffered serious injuries.

10.

As a result of the above-described incident, the Defendant caused Plaintiff Rogers to suffer personal injuries. Plaintiff Rogers experienced physical and mental pain and suffering and has undergone significant medical treatment.

11.

The subject sidewalk in front of the North Gessner facility, is maintained and controlled by the Defendant United Parcel Service.

12.

Upon information and belief, Defendant failed to use reasonable care in maintaining, or otherwise performing work on the sidewalk front of the North Gessner facility.

13.

Upon information and belief, the Defendant United Parcel Service had custody and control of the above-described portion of sidewalk in front of the North Gessner facility. Defendant United Parcel Service failed to properly maintain the above-described portion of sidewalk in front of the North Gessner facility by failing to address and fix the unreasonably dangerous condition created by the missing portions and collapse of the sidewalk, and failing to properly supervise the work of any contractors who may have worked on the sidewalk. Upon information and belief, Defendant United Parcel Service knew of the degraded condition of the sidewalk and willfully failed to warn against the dangerous condition. These failures amount to gross negligence.

14.

The injuries and damages sustained by Plaintiff were caused by the negligent and/or willful acts of omission and/or commission on the part of Defendant due to its failure to use reasonable care in constructing and/or designing and/or maintaining of the above-described portion of sidewalk front of the North Gessner facility in Houston, Texas.

15.

Plaintiff alleges that with respect to the condition of the subject sidewalk hazard, Defendant United Parcel Service is negligent as (i) *the condition* posed an unreasonable risk of harm, (2) Defendant United Parcel Service had actual knowledge of the danger, (3) Plaintiff did not have actual knowledge of the danger, and (4) Defendant United Parcel Service failed to exercise ordinary care to protect Plaintiff from the danger, by both failing to adequately warn Plaintiff of the condition and failing to make that condition reasonably safe.

16.

Plaintiff itemizes the damages that he suffered that were proximately caused by the above-described negligence of Defendant as follows, to-wit:

a. Past physical pain, suffering and discomfort;
b. Past mental anguish, aggravation, and annoyance;
c. Future physical pain, suffering and discomfort;
d. Future mental anguish, aggravation and annoyance;
e. Past medical expenses;
f. Future medical expenses;
g. Property damage;
h. Permanent disfigurement;

i. Loss of enjoyment of life; and

j. Loss of consortium.

17.

Plaintiff Rogers specifies that the maximum amount of damages that he seeks, exclusive of interest and costs, does not exceed $75,000.00.

## V. REQUEST FOR DISCLOSURE

18.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose within fifty (50) days of service of this request the information and material described in Rule 194.2(a) through (k) of the Texas Rules of Civil Procedure.

## VI. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff herein, Brad Rogers, respectfully requests that Defendant, United Parcel Service, be served with a copy of this complaint and be duly cited to appear and answer the same, and that after trial on the merits, judgment be entered for Plaintiff and against Defendant for the following:

a. All actual damages suffered by Plaintiff and allowed by law;

b. Prejudgment interest and post-judgment interest;

c. Costs of Court; and

d. Such other relief, general or special, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**HUBER THOMAS, LLP**

**CHARLES M. THOMAS**
**TX BAR NO. 24090556**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
charlie@huberthomaslaw.com
**ATTORNEY FOR PLAINTIFF**

HUBER THOMAS

1100 Poydras Street, Suite 2200
New Orleans, LA 70163

(504) 274-2500
info@huberthomaslaw.com
www.huberthomaslaw.com

CERTIFIED MAIL®

NEW ORLEANS LA 700
7 NOV 2024 PM 1 L

9589 0710 5270 0632 2158 79

US POSTAGE IMI PITNEY BOWES
ZIP 70163
02 7H
0006210603
$ 009.92⁰
NOV 05 2024

**UNITED PARCEL SERVICE**
**c/o Corporation Service Company**
**211 E. 7th Street., Suite 620**
**Austin, TX 78701-3218**

7870183218 C015